| | |
|---|---|
| 1  Kristin A. Zilberstein, Esq. (SBN: 200041) | |
| 2  Jennifer R. Bergh, Esq. (SBN 305219) | |
|    LAW OFFICES OF MICHELLE GHIDOTTI | **FILED & ENTERED** |
| 3  1920 Old Tustin Ave. | |
|    Santa Ana, CA 92705 | AUG 15 2018 |
| 4  Ph: (949) 427-2010 ext. 1010 | |
|    Fax: (949) 427-2732 | |
| 5  kzilberstein@ghidottilaw.com | CLERK U.S. BANKRUPTCY COURT |
| 6 | Central District of California |
|    Attorney for Secured Creditor | BY vandenst DEPUTY CLERK |
| 7  YMRH Realty LLC, its assignees and/or successors | |
| 8 | **CHANGES MADE BY COURT** |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 2:18-bk-15858-WB |
| | ) | |
| Stella Robinson, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | **ORDER *GRANTING MOTION* TO** |
| YMRH North 4 P LLC | ) | **REOPEN CASE** |
| , | ) | |
| Movant, | ) | (In re: 100 N 4th Street, Paterson, NJ 07522) |
| v. | ) | |
| | ) | ***[No hearing required]*** |
| Stella Robinson, | ) | |
| | ) | |
| Respondents. | ) | |

1

Order on Motion to Reopen
Case No. 2:18-bk-15858-WB

Upon consideration of YMRH Realty LLC, its assignees and/or successors ("YMRH"), Motion to Reopen Bankruptcy Case of Stella Robinson,

**IT IS ORDERED** THAT THE Motion is **GRANTED** as follows:

1) The bankruptcy case is reopened. ~~up to _____; and~~

2) The purpose of reopening the case is limited to YMRH filing a Motion for Relief from the Automatic Stay.

3) *If no motion is pending 30 days after the case is reopened and if no trustee has been ordered appointed, the case may be closed without further notice.*

###

Date: August 15, 2018

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge